NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN W. SMITH a/k/a JOHN WARD   )
SMITH III,   )
  )
      Appellant,   )
  )
v.   )    Case No. 2D17-3027
  )
STATE OF FLORIDA,   )
  )
      Appellee.   )
_____)

Opinion filed March 28, 2018.

Appeal from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

Howard L. Dimmig, II, Public Defender, and
Judith Ellis, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


      Affirmed.


LaROSE, C.J., and CASANUEVA and ATKINSON, JJ., Concur.